AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
JAMES J. VILT JR,
CLERK
November 14, 2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:22MJ-678 |
| MAXIMILIANO GUTIERREZ | ) | |
| MARIO GUZMAN | ) | |
| ALFREDO LIRA | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 11, 2022** in the county of **Jefferson** in the **Western** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1)<br>21 USC 841(b)(1)(A)<br>21 USC 846 | Conspiracy to Possess Cocaine with the Intent to Distribute |

This criminal complaint is based on these facts:

See attached Affidavit in Support of a Criminal Complaint

☑ Continued on the attached sheet.

/s/ Grant Baginski
*Complainant's signature*

Grant Baginski, Special Agent DEA
*Printed name and title*

SAttested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: November 14, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

City and state: Louisville, Kentucky